391 A.2d 683

Commonwealth v. Hasson, Appellant.

Commonwealth v. Fork, Appellant.

Submitted November 14, 1977. William M. Panella, Assistant Public Defender, for appellants; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.